UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR J. PALMIERI JR.

v.                                              CASE NO. 3:06CV

REINER, REINER & BENDETT, P.C.                  JURY TRIAL DEMANDED
ADAM L. BENDETT

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*

2. This Court's jurisdiction is conferred by 15 U.S.C. §1692k and 28 U.S.C. §1331.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Each Defendant regularly attempts to collect or collects debts arising out of home mortgages entered into for personal, family or household use.

5. Each defendant is a debt collector within the meaning of the Fair Debt Collection Practices Act.

6. On or after September 1, 2005, defendants engaged in efforts to collect plaintiff's home mortgage debt allegedly owing to Chase Home Finance LLC.

7. Defendants filed a foreclosure action against plaintiff with a return date of October 25, 2005, NNH-CV-05-4015604-S, alleging an unpaid principal balance of $62,998.92 plus interest and late charged from May 1, 2005.

1

8. On October 17, 2005, Plaintiff paid, and Chase accepted, full payment of all amounts allegedly owed.

9. On October 17, 2005, Chase issued plaintiff a Mortgage Loan Statement showing a principal balance of $61,545.32, with no past due payments or unpaid late charges.

10. Thereafter, Defendants pursued the foreclosure action to judgment.

11. On October 31, 2005, defendants issued a Preliminary Statement of Debt that the Principal was $62,998.92.

12. Thereafter, defendants filed an Affidavit of Debt dated October 31, 2005, that the Principal was $61,545.32, plus interest from 10/1/2005.

13. On November 28, 2005, defendants obtained a foreclosure judgment including a title search fee of $150 and attorney's fees of $1,525.

14. On January 30, 2006, after the intervention of Attorney Monaco, defendants filed a Motion to Open and Vacate Judgment, on the basis that Mr. Palmieri had reinstated the loan.

15. On February 24, 2006, Chase credited plaintiff with overpayment of more than $1500 based on the October 17, 2005 payment, and waived $1,845.38 in fees that had been assessed to his account.

16. In the collection efforts, defendants violated the FDCPA, *inter alia*, §1692d, -e(2), (5), (8), (10), (15), -f(1), or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication, against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                                        THE PLAINTIFF

                                        BY____/s/ Joanne S. Faulkner___
                                        JOANNE S. FAULKNER ct04137
                                        123 AVON STREET
                                        NEW HAVEN, CT 06511-2422
                                        (203) 772-0395