UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR J. PALMIERI JR.

v.                  CASE NO. 3:06CV 435 (AWT)

REINER, REINER & BENDETT, P.C.      April 21, 2006
ADAM L. BENDETT

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on April 21, 2006, postage prepaid, to:

Charles Basil
Reiner Reiner & Bendett
160 Farmington ave
Farmington CT 06032-1772

_____/s/ Joanne S. Faulkner
Joanne S. Faulkner Esq.